KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:       (415) 813-2045

Attorneys for Defendants
CITY OF RICHMOND and DEDRICK RILEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| MANDINGO HAYES,<br><br>   Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, DEDRICK RILEY, andD DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No. 4:20-cv-04283-VC<br><br>**STIPULATED ENLARGEMENT OF TIME PURSUANT TO LOCAL RULE 6-1(B) AND 6-2;** [PROPOSED] **ORDER**<br><br>Hon. Vince Chhabria |

**TO THE COURT:**

  Plaintiff MANDINGO HAYES ("Plaintiff") and Defendants CITY OF RICHMOND and DEDRICK RILEY ("Defendants"), under Northern District Local Rule 6-1(b) and 6-2, stipulate to enlarge the time for Defendants to file their Reply in support of the pending motion to dismiss (Dkt. No. 10). Specifically, they stipulate that the new Reply filing deadline is Wednesday, September 9, 2020.

  Per Northern District Local Rule 6-2(a)(2)-(3), the parties notify the Court there have been

no previous modifications of cases deadlines in this case. The requested extension would have no impact on the current hearing date (September 24, 2020).

Per Northern District Local Rule 6-2(a)(1), the particularized good cause for the enlargement is that Plaintiffs' Opposition was filed yesterday (August 25th) and Defendants' Reply is due today (August 26th). Approximately 24 hours is insufficient time for Defendants to prepare a response.

For these reasons, by and through their counsel of record, the parties stipulate to enlarge Defendants' time to file a Reply to the pending motion to dismiss until September 9, 2020.

Respectfully submitted,

Dated:  August 26, 2020          LAWYERS IN LAFAYETTE, LLC


By:  */s/ Thomas J. Kensok*
  THOMAS J. KENSOK
  Attorneys for Plaintiff
  MANDINGO HAYES

Dated:  August 26, 2020          ALLEN, GLAESSNER,
                                 HAZELWOOD & WERTH, LLP


By:  */s/ Kevin P. Allen*
  KEVIN P. ALLEN
  JOHN B. ROBINSON
  Attorneys for Defendants
  CITY OF RICHMOND and DEDRICK RILEY

///
///
///
///

395598.1

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August __27__, 2020



_____
U.S. DISTRICT JUDGE CHHABRIA

STIPULATION-ENLARGEMENT
4:20-CV-04283-VC

395598.1