UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDINGO HAYES,<br><br>        Plaintiff,<br><br>    v.<br><br>DEDRICK RILEY, et al.,<br><br>        Defendants. | Case No. 20-cv-04283-VC<br><br>**ORDER REQUESTING RESUBMISSION IN ACCORDANCE WITH STANDING ORDERS**<br><br>Re: Dkt. No. 23 |

The parties are ordered to re-file the proposed protective order at Dkt. No. 23 with a redline comparison between their proposed order and the Northern District's model order in accordance with the Court's standing orders for civil cases, ¶ 23.

**IT IS SO ORDERED.**

Dated: October 7, 2020

VINCE CHHABRIA
United States District Judge