UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDINGO HAYES,<br><br>    Plaintiff,<br><br>  v.<br><br>DEDRICK RILEY, et al.,<br><br>    Defendants. | Case No. 20-cv-04283-VC<br><br>**ORDER RE EXTENSION OF TIME TO FILE FAC**<br><br>Re: Dkt. No. 27 |

  The motion for an extension is denied as unnecessary in light of Local Rule 79-5. However, the plaintiff will be given until Friday, October 23 to file the amended complaint in light of the parties' misunderstanding of the rules regarding filing documents provisionally under seal.

  **IT IS SO ORDERED.**

Dated: October 21, 2020

_____
VINCE CHHABRIA
United States District Judge