DANIEL A. HOROWITZ Bar No. 92400
Attorney at Law
P.O. Box 1547
Lafayette, California 94549
(925) 283-1863

Attorney for Mandingo Hayes

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

MANDINGO HAYES,

    Plaintiff,

vs.

DEDRICK RILEY,
CITY OF RICHMOND CALIFORNIA
et al.

    Defendants.

_____/

Case No. 3:20-cv-04283-VC

**STIPULATION FOR DISMISSAL (with Prejudice, All Parties)**

**AND ~~PROPOSED~~ ORDER**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Based upon the agreement of all parties hereto, the parties stipulate that subject to the Order of this Court, the action herein shall be dismissed with prejudice against Dedrick Riley and the City of Richmond. This dismissal includes all claims arising from the conduct alleged in the lawsuit and the dismissal with prejudice includes all claims damages, costs, attorney's fees or other relief.

Dated: January 25, 2021

                                                                //s//  
                                                        Daniel Horowitz  
                                             Attorney for Mandingo Hayes

Dated: January 25, 2021

                                                           //s//  
                                                      Kevin Allen  
                                            Attorney for Dedrick Riley and  
                                            the City of Richmond, California

## ORDER FOR DISMISSAL

The Court having considered the stipulation of the parties set forth herein and upon good cause appearing ORDERS as follows:

1. This action is dismissed with prejudice, in its entirety including all claims for damages, costs and attorney's fees and any other relief.

2. Each party shall bear their own costs and attorney's fees.

Dated: January 26, 2021



1